UDALL SHUMWAY PLC
1138 N. ALMA SCHOOL RD., STE. 101
MESA, ARIZONA 85201-6695
Telephone: (480)461-5300
Fax: (480)833-9392
Joel E. Sannes - # 015999
Attorney for Debtor

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| In re<br><br>KATRINA DENISE PORTER,<br><br>　　　　　　　　　　Debtor. | Chapter 13<br><br>No. 2:14-bk-12786-SHG<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL** |

Notice is hereby given that Joel E. Sannes, of the law firm of Udall Shumway PLC, 1138 N. Alma School Road, Suite 101, Mesa, Arizona 85201, (480) 461-5300, makes his appearance and substitution of counsel in place and stead of Matthew L. White, who is leaving Udall Shumway PLC effective February 19, 2016.

DATED: February 25, 2016

　　　　　　　　　　　　　　　　　　　UDALL SHUMWAY PLC

　　　　　　　　　　　　　　　　　　　By  /s/ Joel E. Sannes
　　　　　　　　　　　　　　　　　　　　　Joel E. Sannes
　　　　　　　　　　　　　　　　　　　　　1138 N. Alma School Rd., Ste. 101
　　　　　　　　　　　　　　　　　　　　　Mesa, AZ  85201
　　　　　　　　　　　　　　　　　　　　　Attorneys for Debtor

Original filed via ECF with Copies
mailed this same day to:

| | |
|---|---|
| 1 | U.S. Trustee |
| 2 | 230 North First Ave., Suite 204<br>Phoenix, Arizona 85003-1706 |
| 3 | |
| 4 | Edward J. Maney<br>Chapter 13 Trustee |
| 5 | 2001 E. Campbell, Ste. 103<br>Phoenix, AZ  85016 |
| 6 | |
| 7 | By ___/s/ Michele Medlyn___ |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |