Edward J. Maney, Trustee
101 N. 1st. Avenue
Phoenix, Arizona 85003
Telephone: (602)277-3776
ejm@maney13trustee.com

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

In re:  In Proceedings Under Chapter 13
    KATRINA DENISE PORTER

CASE NO. 2: 14-12786-SHG

TRUSTEE'S MOTION TO DISMISS

_____Debtor(s)_____

    Now comes, Edward J. Maney, the Trustee in the above captioned Chapter 13 Proceeding, and states that the Debtor(s) failed to respond to the Trustee's request for corrective action.

    The Stipulated Order Confirming the Plan required Debtor to turnover 2016 State and Federal Tax Returns to the Trustee within 30 days of filing. As of the date, of this Motion Debtor has failed to comply with the tax return requirement as required by the Stipulated Order Conforming the Plan. To date, Debtor is $0 delinquent on plan payments.

To date, no Motion to Extend Time to comply has been filed resolve these issues.

    The Trustee will lodge an order dismissing this case unless the Debtor(s) does (do) one of the following within 30 days of the mailing of this motion.

    (a)    Resolves the issues/discrepancies listed above
        (b)    Requests a hearing to resolve the issues/discrepancy listed above
        (c)    Debtor(s) files with the Court and serves a copy on the Trustee, an Amended/Modified Plan to resolve the issues/discrepancies listed above.

    If dismissed, the Trustee will make a final report of his receipts and disbursements and request that the Court allow payment of the Trustee's expenses from the funds on hand.

Dated: See Electronic Signature

EDWARD J. MANEY, TRUSTEE

By:

Edward J. Maney ABN 12256
CHAPTER 13 TRUSTEE
101 North First Ave., Suite 1775
Phoenix, Arizona 85003
(602) 277-3776
ejm@maney13trustee.com

CERTIFICATE OF MAILING FOR CASE NO. Case No: 2: 14-12786-SHG

Copies of the foregoing mailed (see electronic signature below) to the following:

KATRINA DENISE PORTER
10941 E CLOVIS AVE
MESA, AZ. 85208-7526

10941 E CLOVIS AVE
MESA, AZ. 85208-7526

Attorney for Debtor (s):
Matthew Lee White
UDALL SHUMWAY & LYONS
1138 N. Alma School Rd., #101
Mesa, AZ. 85201-

_____
Trustee's Clerk